```
 1  KEVIN V. RYAN, CSBN 118321
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SATNAM SINGH,<br><br>                Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ,<br>Director, United States Citizenship<br>and Immigration Services,<br><br>                Defendant. | No. C 06-7473 CW<br><br>**STIPULATION TO DISMISS AND ORDER** |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the Defendant has issued the requested travel documents to Plaintiff's wife and children.

Each of the parties shall bear their own costs and fees.

Date: February 6, 2007                        Respectfully submitted,

                                                    KEVIN V. RYAN
                                                    United States Attorney


                                                        /s/
                                                    EDWARD A. OLSEN
                                                    Assistant United States Attorney
                                                    Attorneys for Defendant

Stip. to Dismiss
C06-7473 CW

| | | |
|---|---|---|
| Date: February 6, 2007 | | /s/<br>JONATHAN KAUFMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/8/07

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

Stip. to Dismiss
C06-7473 CW               2